No. 944, Misc.   MUNDT ET AL. *v.* HOME FEDERAL SAVINGS & LOAN ASSOCIATION ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 930, Misc.   WILSON *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 934, Misc.   CASTILLO *v.* FAY, WARDEN.   C. A. 2d Cir.   Certiorari denied. *Leon B. Polsky* for petitioner. *Frank S. Hogan, H. Richard Uviller* and *Malvina H. Guggenheim* for respondent.

No. 941, Misc.   CORCORAN *v.* CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 943, Misc.   FINLEY *v.* CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 948, Misc.   CHANCE *v.* KANSAS.   Sup. Ct. Kan. Certiorari denied.

No. 949, Misc.   POWELL *v.* MAXWELL, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 952, Misc.   CERVANTES *v.* RHAY, PENITENTIARY SUPERINTENDENT.   Sup. Ct. Wash.   Certiorari denied.

No. 953, Misc.   MICKELS *v.* RHAY, PENITENTIARY SUPERINTENDENT.   Sup. Ct. Wash.   Certiorari denied.

No. 955, Misc.   GORMAN *v.* KINGS MERCANTILE CO., INC., ET AL.   Ct. App. N. Y.   Certiorari denied. *Jacob Rassner* for petitioner. *John J. Boyle* for respondent Title Guarantee Co.